**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA CORREA, | CV 08-4270-RSWL |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| ALMA HISPANIC NETWORK INC., ET AL., | |
| Defendants. | |

IT IS ORDERED that counsel show cause in writing not later than **April 6, 2009** why this action should not be dismissed for lack of prosecution.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, **NO ORAL ARGUMENT WILL BE HEARD AND APPEARANCES ARE NOT NECESSARY** on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of the proper response.  The Court will consider as a

1

1  satisfactory response the filing of the following, on
2  or before the date shown above.
3
4      Proof of service of summons and complaint of the
5  First Amended Complaint.
6
7  **IT IS SO ORDERED.**

/s/

_____

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge

DATED: March 17, 2009